No. 7436.

### JOHN SCHREPFER vs. URANIE FLORANE.

The holder of a note, secured by mortgage given by a widow in community upon an undivided half of a piece of real estate held as part of the community property, cannot enforce the mortgage, but is entitled to judgment on the note.

APPEAL from the Sixth District Court of New Orleans. RIGHTOR, J.

*Sambola & Ducros* for Plaintiff. *A. & W. Voorhies* for Defendant Appellant.

MANNING, C. J., delivered the opinion affirming the judgment on the note, and reversing it otherwise, citing Cestac *v.* Florane, 31 La. Ann. 493.